UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN FERNANDEZ, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS, INC. AND SCIENCE APPLICATIONS INTERNATIONAL, INC.,<br><br>Defendants. | Case No.: 2:14-CV-02247-GEB-KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LEIDOS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT [E.D. CA LOCAL RULE 144(c)]** |

1    Having considered the Ex Parte Application for an Extension of Time to File Response to
2  Complaint filed by Defendant Leidos, Inc. pursuant to Rule 144(c) of the Local Rules of the United
3  States District Court for the Eastern District of California, the supporting Declaration of Kenneth L.
4  Chernof, all other accompanying papers, and the arguments of counsel, and good cause appearing
5  for the requested relief, the Court hereby **GRANTS** Defendant Leidos, Inc.'s Ex Parte Application,
6  and extends the time for all Defendants to respond to the Complaint to 28 days following a final
7  determination by the Judicial Panel on Multidistrict Litigation on whether to transfer this action to
8  MDL 2360.

9    **IT IS SO ORDERED.**

10 Dated: October 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge