UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN FERNANDEZ, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LEIDOS, INC.; and SCIENCE APPLICATIONS INTERNATIONAL, INC.,<br><br>        Defendants. | No.  2:14-cv-02247-GEB-KJN<br><br>**ORDER** |

      The October 16, 2014 Order Granting Defendant Leidos, Inc.'s Ex Parte Application for Extension of Time to File Response to Complaint, (ECF No. 9), is modified as follows:

      All Defendants shall respond to the Complaint on or before November 17, 2014.

Dated:  October 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1