UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN FERNANDEZ, on Behalf of Himself and All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>LEIDOS, INC.; and SCIENCE APPLICATIONS INTERNATIONAL, INC.,<br><br>         Defendants. | No.  2:14-cv-02247-GEB-KJN<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

On October 23, 2014, Defendant Leidos, Inc. ("Leidos") filed a Supplemental Ex Parte Application for Extension of Time to File Response to Complaint under Local Rule 144(c), in which it requests an order permitting "Leidos to respond to the Complaint . . . 28 days following the final determination by the [Joint Panel on Multidistrict Litigation] of Leidos's motion to transfer this action." (Supp. Ex Parte Appl. 2:9-11, ECF No. 16.) Leidos states as follows in support of its request:

> Yesterday, the Joint Panel on Multidistrict Litigation (JPML) issued an Order putting this case on its hearing calendar for December 4, 2014, and stating that the JPML will at that time consider whether "to reopen MDL No. 2360 and to transfer th[is] action to the United States District Court for the District of Columbia." On this basis, Defendant Leidos, Inc. respectfully submits the following supplemental brief in support of its ex parte application for an extension

1

      of time to respond to the Class Action Complaint ("Complaint"). Leidos is mindful of this Court's amended order, but believes the Court would want to be apprised of this development.

      Leidos's response to the Complaint currently is due on November 17, 2014. As the JPML will consider whether to transfer this case during its December 4, 2014 calendar, and will issue its decision thereafter, Leidos believes that judicial efficiency would best be served by permitting the JPML to determine the proper venue for this case prior to the filing and briefing of a motion to dismiss in this Court. Leidos therefore respectfully requests . . . [the referenced] extension order . . . .

(Id. at 1:25-2:11.)

      Leidos's extension request is granted. The time for all Defendants to respond to the Complaint is extended until 28 days following a final determination by the JPML on whether to reopen MDL No. 2360 and transfer this action to the United States District Court for the District of the District of Columbia.

Dated:  November 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge