ARNOLD & PORTER LLP
KENNETH L. CHERNOF (State Bar No. 156187)
ken.chernof@aporter.com
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: +1 202.942.5000
Facsimile:  +1 202.942.5999

ARNOLD & PORTER LLP
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

*Attorneys for Defendant Leidos, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARTIN FERNANDEZ, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LEIDOS, INC., <br><br> Defendant. | Case No.:  2:14-CV-02247-GEB-KJN <br><br> **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

On January 7, 2015, Defendant timely filed a motion to dismiss the Complaint for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).  ECF No. 20.  The motion is noticed for hearing on April 27, 2015.

To accommodate the schedules and conflicting commitments of counsel, the parties STIPULATE AND AGREE to the following briefing schedule on Defendant's motion to dismiss:

   1. Plaintiff's opposition is due February 27, 2015, and

2. Defendant's reply is due March 31, 2015.

Dated:  January 12, 2015                         Respectfully submitted,

    /s/ *Kenneth L. Chernof*
Kenneth L. Chernof
Robert J. Katerberg
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
Email: Ken.Chernof@aporter.com

Sharon D. Mayo
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400
Email:  Sharon.Mayo@aporter.com

*Counsel for Defendant Leidos, Inc.*

    /s/ *Timothy G. Blood*
Timothy G. Blood
Thomas J. O'Reardon II
BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
tblood@bholaw.com
toreardon@bholaw.com

Ben Barnow
Blake A. Strautins
BARNOW AND ASSOCIATES, P.C.
One N. LaSalle Street, Ste. 4600
Chicago, IL 60602
Telephone:  (312) 621-2000
Facsimile:  (312) 641-5504
b.barnow@barnowlaw.com

Richard L. Coffman
THE COFFMAN LAW FIRM
First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone:  (409) 833-7700
Facsimile:  (866) 835-8250

rcoffman@coffmanlawfirm.com

*Counsel for Plaintiff Martin Fernandez*

**IT IS SO ORDERED:**

Dated:  January 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge