UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN FERNANDEZ on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEIDOS, INC.,<br><br>　　　　Defendant. | No. 2:14-cv-02247-GEB-KJN<br><br>**DISMISSAL ORDER** |

An order issued on August 28, 2015, granting Defendant's Federal Rule of Civil Procedure ("Rule") 12(b)(1) and 12(b)(6) dismissal motion. (Order, ECF No. 49.) That Order granted Plaintiff twenty days to file an Amended Complaint. Plaintiff did not file an amended complaint within the prescribed time period. Therefore, the Court considers whether this action should be dismissed with prejudice under Rule 41(b) for failing to comply with a court order.

"District courts have inherent power to control their dockets and may impose sanctions, including dismissal, in the exercise of that discretion." Oliva v. Sullivan, 958 F.2d 272, 273 (9th Cir. 1991). However, since "dismissal is a harsh penalty, it should be imposed as a sanction only in extreme circumstances." Id.

1

"Under Ninth Circuit precedent, when a plaintiff fails to amend his complaint after the district judge dismisses the complaint with leave to amend, the dismissal is typically considered a dismissal for failing to comply with a court order rather than for failing to prosecute the claim." Yourish v. Cal. Amplifier, 191 F.3d 983, 986 (9th Cir. 1999). To dismiss a case as a sanction,

> the district court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives.

Id. at 990 (quotation and citations omitted).

The balance of the referenced factors favors dismissal of this action. Therefore, Plaintiff's claims are dismissed with prejudice. Judgment shall be entered in favor of the Defendant.

Dated:  October 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2