## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                             **JUDGMENT IN A CIVIL CASE**

**MARTIN FERNANDEZ,**

                                                             CASE NO: **2:14–CV–02247–GEB–KJN**

           v.

**LEIDOS, INC., ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/20/2015**

                                                        **Marianne Matherly**
                                                        Clerk of Court

    ENTERED: **October 20, 2015**

                                                by: /s/ M. Marciel_____
                                                        Deputy Clerk