BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN
First City Building
505 Orleans St., Suite 505
Beaumont, TX 77701
Tel: 409/833-7700
866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| MARTIN FERNANDEZ, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS, INC. and SCIENCE APPLICATIONS INTERNATIONAL, INC.,<br><br>Defendants. | Case No: 2-14-CV-02247-GEB-KJN<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |

Notice is hereby given that Plaintiff Martin Fernandez, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Judgment entered in the above-captioned action on October 20, 2015 (ECF No. 52), including the Order Granting Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), dated August 27, 2015 (ECF No. 49), and subsequent dismissal with prejudice, dated October 20, 2015 (ECF No. 51).

Dated: November 17, 2015

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:       *s/ Timothy G. Blood*
                TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN
First City Building
505 Orleans St., Suite 505
Beaumont, TX  77701
Tel: 409/833-7700
866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com

*Attorneys for Plaintiff*

**RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiff-Appellant, Martin Fernandez, is represented by:

| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>Timothy G. Blood<br>Thomas J. O'Reardon II<br>Paula M. Roach<br>701 B Street, Suite 1700<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br>proach@bholaw.com | THE COFFMAN LAW FIRM<br>Richard L. Coffman<br>First City Building<br>505 Orleans St., Suite 505<br>Beaumont, TX  77701<br>Tel: 409/833-7700<br>866/835-8250 (fax)<br>rcoffman@coffmanlawfirm.com |

BARNOW AND ASSOCIATES, P.C.
Ben Barnow
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com

2. Defendant-Appellee, Leidos, Inc., is represented by:

| | |
|---|---|
| ARNOLD & PORTER LLP<br>Kenneth L. Chernoff<br>601 Massachusetts Ave., N.W.<br>Washington, D.C.  20001-3743<br>Tel: 202/942-5000<br>202/942-5999 (fax)<br>ken.chernof@aporter.com | ARNOLD & PORTER LLP<br>Sharon D. Mayo<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111-4024<br>Tel: 415/471-3100<br>415/471-3400 (fax)<br>sharon.mayo@aporter.com |

| | |
|---|---|
| Dated: November 17, 2015 | BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br><br>By:          *s/ Timothy G. Blood*<br>              TIMOTHY G. BLOOD |

00093233

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 17, 2015.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com