FILED

APR 05 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTIN FERNANDEZ, | No. 15-17285 |
| Plaintiff - Appellant, | D.C. No. 2:14-cv-02247-GEB |
| v. | |
| LEIDOS, INC., | ORDER |
| Defendant - Appellee. | |

The parties' stipulated motion under Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss this appeal with prejudice is GRANTED. Pursuant to the parties' agreement, each side shall bear its own costs on appeal. This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7